UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                    Case No. 3:09-cr-.70 (1)

SHARON BUTLER,

    Defendant.

## ORDER

This matter is before the Court on Defendant's Motion for Reconsideration of Restitution (doc.16) filed October 31, 2011. The Court set the matter for hearing on December 7, 2011, at 2:30 p.m. At an in chambers conference, conducted before the hearing, it was determined that the Defendant's term of probation had expired and the Court no longer had jurisdiction to modify or reconsider Defendant's obligation of restitution. Counsel for the Defendant agreed to file a motion to withdraw her previously filed motion for reconsideration. The Court has attempted repeatedly to contact defense counsel regarding the status of her motion to withdraw her Motion for Reconsideration of Restitution (doc.16) but has yet to receive such a filing.

Therefore, IT IS THE ORDER OF THE COURT that defense counsel, Ms. Adrienne D. Brooks, shall file the agreed upon motion to withdraw within seven (7) days from the date of this order or appear before this Court on, **March 8, 2012 at 2:30 p.m.** Failure to appear as ordered may result in sanctions.

**DONE** and **ORDERED** in Dayton, Ohio on this 27th day of February, 2012.

                                                  THOMAS M. ROSE, JUDGE
                                                UNITED STATES DISTRICT COURT